# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL NO. 5:11-CV-00464-IPJ |
| | ) |
| **KEVIN CRENSHAW** | ) |
| | ) |
| **Defendant.** | ) |

## FINDINGS AND CONCLUSIONS

This cause coming on to be heard on the written motion of Plaintiff, supported by affidavit, for Judgment by Default in favor of Plaintiff and against Defendant pursuant to Rule 55, Federal Rules of Civil Procedure, the Court makes the following findings and conclusions:

1. The Summons and Complaint were served upon Defendant on March 21, 2011; Defendant has failed to appear, plead, or otherwise defend.

2. Defendant is not an infant or incompetent person, nor has Defendant been in the military service of the United States since the filing of this suit or for a period of six months prior to such filing.

3. Defendant is indebted to Plaintiff in the principal sum of $56,603.48 plus accrued interest in the amount of $20,408.86 as of October 20, 2010, and at

the rate of 8.25% per annum for Count One and the principal sum of $90,297.49 plus accrued interest in the amount of $44,353.74 as of October 20, 2010, and at the rate of 7.13% per annum for Count Two, Court Costs of $350.00 and costs of Process Service $55.00.

    4.  Plaintiff is due to recover from Defendant the total sum of $212,068.57, plus interest from October 20, 2011, until date of judgment at the rate of 8.25% for Count One and 7.13% for Count Two percent per annum and interest thereafter at the prevailing legal rate per annum until paid in full.  A judgment will enter accordingly.

    Done this the 28<u>th</u> day of April 2011.

                                                   INGE PRYTZ JOHNSON
                                                   U.S. DISTRICT JUDGE